IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WILLIAM LAWRENCE BETHEA, JR., )
)
Petitioner, )
)
v. ) 1:26CV301
) 1:23CR24-1
UNITED STATES OF AMERICA, )
)
Respondent. )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a federal prisoner convicted of being a felon in possession of a firearm

under 18 U.S.C. § 922(g)(1) and 924(a)(8), submitted what appears to be a Motion to Vacate,

Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255.  This Motion (Docket Entry

29) cannot be further processed for the following reasons:

1.      The Motion is not on the proper § 2255 form.

2.      Petitioner does not appear to raise any viable claim for relief.  Petitioner
        attempts to rely on New York State Rifle & Pistol Ass'n, Inc. v. Bruen, 597
        U.S. 1 (2022), that his conviction under § 922(g)(1) violates his right to bear
        arms under the Second Amendment of the United States Constitution.  He
        should be aware that binding precedent from the United States Court of
        Appeals for the Fourth Circuit holds that such challenges cannot succeed. See
        United States v. Canada, 123 F.4th 159 (4th Cir. 2024) (addressing facial
        challenges to 922(g)(1)) and United States v. Hunt, 123 F.4th 697 (4th Cir.
        2024) (addressing as-applied challenges), cert. denied, ___ U.S. ___, 145 S.Ct.
        2756 (2025).

Because of these pleading failures, this particular Motion will be dismissed, but

without prejudice to Petitioner promptly filing a new motion properly following the 28

U.S.C. § 2255 forms and correcting the defects of the present Motion.[1]  To further aid Petitioner, the Clerk is instructed to send Petitioner new § 2255 forms and instructions for filing a § 2255 motion, which Petitioner should follow if he can raise a claim for relief.

IT IS THEREFORE ORDERED that the Clerk is instructed to send Petitioner § 2255 forms and instructions.

IT IS THEREFORE RECOMMENDED that this action be dismissed *sua sponte* without prejudice to Petitioner promptly filing a corrected motion on the proper § 2255 forms.

This, the 6th day of April, 2026.

_/s/ L. Patrick Auld_

**L. Patrick Auld**
**United States Magistrate Judge**

---

[1]To the extent there are any issues regarding the running of the statute of limitations in this case, the parties can litigate those issues following any refiling by Petitioner.

-2-